UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DORRA PARRIS,

               Plaintiff,

    v.

UNITED STATES OF AMERICA and
ALFRED BUSSERETH,

               Defendants.

----------------------------------------------------------------x

**STIPULATION OF DISMISSAL**

Civil Action No.
CV-11-116

(Townes, J.)
(Bloom, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, by their respective undersigned attorneys, that plaintiff DORA PARRIS's complaint against defendants and all claims therein, and defendant ALFRED BUSSERETH's cross-claims against defendant the UNITED STATES OF AMERICA, be and hereby are dismissed, with prejudice, pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances that gave rise to this lawsuit; and

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation and Order may be executed in separate counterparts and by facsimile signature, each of which shall be deemed to be an original.

Dated: New York, New York
       June __, 2012

Steven G. Schiesel, Esq.
*Counsel for Plaintiff*
PECORARO & SCHIESEL LLP
41 Madison Avenue, 40th Floor
New York, New York 10010

By: _____
STEVEN G. SCHIESEL
(212) 344-5053
StevenJPecoraro@p-s-law.com

ORDER:
In light of the above, the Clerk of Court is respectfully directed to close this case.   SO ORDERED.

s/SLT
_____
U.S.D.J.

7/16/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DORRA PARRIS,

                Plaintiff,

v.

UNITED STATES OF AMERICA and
ALFRED BUSSERETH,

                Defendants.

------------------------------------------------------------x

**STIPULATION OF DISMISSAL**

Civil Action No.
CV-11-116

(Townes, J.)
(Bloom, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, by their respective undersigned attorneys, that plaintiff DORA PARRIS's complaint against defendants and all claims therein, and defendant ALFRED BUSSERETH's cross-claims against defendant the UNITED STATES OF AMERICA, be and hereby are dismissed, with prejudice, pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party hereto agrees that this dismissal is without costs or fees. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances that gave rise to this lawsuit; and

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation and Order may be executed in separate counterparts and by facsimile signature, each of which shall be deemed to be an original.

Dated: New York, New York
       June ___, 2012

Steven G. Schiesel, Esq.
*Counsel for Plaintiff*
PECORARO & SCHIESEL LLP
41 Madison Avenue, 40th Floor
New York, New York 10010

By: _____[signature]_____
STEVEN G. SCHIESEL
(212) 344-5053
StevenJPecoraro@p-s-law.com

*Parris v. United States, et al.*, No 11-CV-116 (Townes, J.) (Bloom, M.J.)
STIPULATION OF DISMISSAL

Dated: New York, New York
       June __, 2012

> Doreen J. Correia, Esq.
> *Counsel for Defendant Alfred Bussereth*
> HARRIS, KING, & FODERA
> One Battery Park Plaza, Suite 3018
> New York, New York 10004-1437
>
> By: _____
>     DOREEN J. CORREIA
>     (212) 709-3157
>     Doreen.Correia@LibertyMutual.com

Dated: Brooklyn, New York
       June 10, 2012

> LORETTA E. LYNCH
> United States Attorney
> *Counsel for Defendant the United States of America*
> Eastern District of New York
> 271 Cadman Plaza East, 7th Floor
> Brooklyn, New York 11201
>
> By: _____
>     LAYALIZA K. SOLOVEICHIK
>     Assistant U.S. Attorney
>     (718) 254-6298
>     Layaliza.solovechik@usdoj.gov

2